

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**Peter "Kobe" Nguyen**
1121 Woodside Road Apt H
Redwood City, CA 94061
Tel: 714-699-3202
Email: kobe@deltaquantum.ai
Plaintiff, Pro Se

**CV 25-07404 SK**

v.

**American Airlines, Inc.**
Defendant.

## COMPLAINT FOR DAMAGES (NON-JURY)

Filed: September 2, 2025

### Jurisdiction & Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) because this action arises under the ADA.

2. Venue is proper in this District under 28 U.S.C. § 1391, as substantial events occurred here.

### Parties

1. Plaintiff is an individual residing in Redwood City, California.

2. Defendant is a Delaware corporation with principal offices in Texas and substantial business in California.

### Factual Allegations

1. Plaintiff, a paying passenger, was subjected to discriminatory and negligent conduct by Defendant's employees.

Prepared September 2, 2025

2. Defendant's conduct caused Plaintiff reputational harm, emotional distress, and economic loss.

## Causes of Action

### Count I – Breach of Contract

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

### Count II – Negligence

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

### Count III – Negligent Infliction of Emotional Distress

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

### Count IV – Intentional Infliction of Emotional Distress

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

### Count V – Defamation

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

### Count VI – Discrimination (ADA & Unruh Civil Rights Act)

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

### Count VII – Unfair Competition (Bus. & Prof. Code § 17200)

Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests judgment against Defendant for: (1) damages in the amount of $60,120,000; (2) punitive damages; (3) statutory damages and attorney's fees as available; (4) costs of suit; and (5) such further relief as the Court deems just.

Respectfully submitted,

Prepared September 2, 2025

_____

Peter "Kobe" Nguyen
Pro Se Plaintiff
1121 Woodside Road Apt H
Redwood City, CA 94061
Tel: 714-699-3202
Email: kobe@deltaquantum.ai

## Exhibit A – Damages Assessment

| Category | Description | Amount Claimed |
|---|---|---|
| Contract Losses | Lost teaching/advertising contracts & sponsorships | $15,000,000 |
| Reputational Harm | Damage to standing in community, isolation from peers | $12,000,000 |
| Emotional Distress | Severe stress, anxiety, loss of enjoyment | $10,000,000 |
| Business / Social Media Losses | Follower decline, reduced earnings | $8,120,000 |
| Punitive Damages | To punish and deter future misconduct | $15,000,000 |
| Total Claimed | | $60,120,000 |

Prepared September 2, 2025